IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GREGGORY WILSON, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-01176<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Greggory Wilson, and Defendant, Navy Federal Credit Union, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Greggory Wilson, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

*So Ordered*

[signature]
1/28/23